**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Bell and Arthur Condominium Association, Inc. | ) | |
| | ) | No. 22 B 00410 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Carol A. Doyle |

**ORDER SETTING DATES FOR STATUS CONFERENCE**

IT IS ORDERED that this case is set for a status conference on March 10, 2022 at 10:30 a.m. The conference will be heard via Zoom for Government (ZoomGov). No personal appearance in court is necessary or permitted. You can participate in the ZoomGov Meeting by internet by going to https://www.zoomgov.com/join and entering **Meeting ID 161 155 8289** and **Passcode "Doyle742"**. Parties may also join telephonically by dialing (669) 254-5252 or (646) 828-7666.

Dated: January 20, 2022

_____
Carol A. Doyle
United States Bankruptcy Judge