Fill in this information to identify the case:

Debtor name   **Bell and Arthur Condominium Association, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **22-00410**

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 26, 2022**   X _/s/ signature_
Signature of individual signing on behalf of debtor

**Michael Mento**
Printed name

**Authorized Agent**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Bell and Arthur Condominium Association, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | **22-00410** |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Barrington Bank and Trust Co., N.A.** <br> 201 S Hough Street <br> Barrington, IL 60010-4321 | | Condo Owner Assessments | | $58,082.67 | Unknown | Unknown |
| **CAMBRIDGE MUTUAL FIRE INS. CO.** <br> c/o Lakevew Insurance Agency <br> 3438 N Southport <br> Chicago, IL 60657-1420 | | Insurance coverage dispute - Claim for Reimbursement of Defense Costs | Unliquidated Disputed | | | $0.00 |
| **City of Chicago - Dept of Finance** <br> PO Box 6330 <br> Chicago, IL 60680-6330 | | Water | | | | $9,297.04 |
| **MV HEATING & COOLING, INC.** <br> PO Box 1506 <br> Frankfort, IL 60423 | | Residential / Commercial / Service arranged by Phonix | Disputed | | | $5,575.00 |
| **Peoples Gas** <br> PO 6050 <br> Carol Stream, IL 60197-6050 | | Gas Service - For notice purposes | | | | $0.00 |
| **Phoenix Rising Management Group** <br> 1550 W Carroll Avenue <br> Suite 300 <br> Chicago, IL 60607 | | Receiver | Disputed | | | $68,346.12 |
| **Serenity Environmental Services, In** <br> P.O. Box 637 <br> Chesterton, IN 46304 | | Plumbing Services arranged by Phoenix | Disputed | | | $1,170.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bell and Arthur Condominium Association, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **22-00410** |

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................. $ 117,912.97

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................... $ 117,912.97

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 58,082.67

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 84,388.16

4. **Total liabilities** .................................................................................................................................
Lines 2 + 3a + 3b    $ 142,470.83

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Bell and Arthur Condominium Association, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **22-00410** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | North Shore Community Bank and Trust | Savings (reserve) | 4757 | $1,001.00 |
| 3.2. | US Bank | Checking | 6304 | $4,987.13 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $5,988.13
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

| Debtor | **Bell and Arthur Condominium Association, Inc.** | Case number *(If known)* **22-00410** |
|---|---|---|
| | Name | |

| | 11b. Over 90 days old: | **193,179.93** face amount | − | **90,493.09** doubtful or uncollectible accounts | =…. | **$102,686.84** |
|---|---|---|---|---|---|---|
| | 11b. Over 90 days old: | **8,682.00** face amount | − | **0.00** doubtful or uncollectible accounts | =…. | **$8,682.00** |

| 12. | **Total of Part 3.** | | | | | **$111,368.84** |
|---|---|---|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | | | | |

### Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Lightbulbs, cleaning supplies, mouse poison, lawnmower, for common area maintenance | | Unknown | Replacement | $500.00 |

| 23. | **Total of Part 5.** | | | | **$500.00** |
|---|---|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | | | |

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.

| Debtor | **Bell and Arthur Condominium Association, Inc.** | Case number *(If known)* **22-00410** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Salt spreader**                                    $0.00    Replacement                $20.00

51. **Total of Part 8.**                                                                                                    $20.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 3

Debtor **Bell and Arthur Condominium Association, Inc.** Case number (If known) **22-00410**
   Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Building's common areas; additionally, association is leasing one basement rental unit to one tenant and one storage unit to another. Current value of entire building (including owner-occupied units) between $1.7M to $2M per informal appraisal.** | Fee simple | Unknown | Appraisal | Unknown |

56. **Total of Part 9.**      **$0.00**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Debtor **Bell and Arthur Condominium Association, Inc.**  Case number (If known) **22-00410**
Name

| | | |
|---|---|---|
| | **Possible cause of action against Alhomsi for frivolous litigation. Debtor had approached potential counsel prebankruptcy, but Alhomsi's claims against the Debtor were extensive and complex, and Alhomsi has a reputation for lodging malpractice claims and ARDC grievances against opposing parties; Debtor has been unable to find counsel.** | **Unknown** |
| | Nature of claim | |
| | Amount requested $0.00 | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   **Debtor has a $36 credit at Park Devon Hardware**  $36.00

78. **Total of Part 11.**  $36.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Debtor | **Bell and Arthur Condominium Association, Inc.** | Case number *(If known)* | **22-00410** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---:|---:|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,988.13 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $111,368.84 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $500.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.........>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $36.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $117,912.97    + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $117,912.97 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bell and Arthur Condominium Association, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **22-00410** |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Month-to-month janitorial services for $400 per month (base, which does not include snow removal; highest snow has ever been was additional $500 per month)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Arben Vitia** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **$477.27 per month insurance for fire/loss/sewer backup/liability and medical/general premises; 5/24/21 to 5/24/22** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Country Mutual Insurance Company<br>1701 Towanda Ave.<br>Bloomington, IL 61701** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Month-to-month contract for trash pickup, monthly bill ranges from $220.77 (lowest in last year) to $490.00 (highest in last year)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Flood Brothers Disposal<br>PO Box 4560<br>Carol Stream, IL 60197** |

| Debtor 1 | Bell and Arthur Condominium Association, Inc. | Case number (if known) | 22-00410 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Month-to-month accounting services for $250 per month (Debtor pays quarterly)** | |
|---|---|---|---|
| | State the term remaining | | **GPG and Associates**<br>**4744 N. Kostner Ave.**<br>**Chicago, IL 60630** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor pays $100 for treasurer services (Treasurer is Sean Weathers, but Mento doing the work of the treasurer at the moment)** | |
|---|---|---|---|
| | State the term remaining | | **Michael Mento**<br>**8820 Skokie Blvd., Suite 115**<br>**Skokie, IL 60077** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Bell and Arthur Condominium Association, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 22-00410 |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name / Mailing Address | | Name | Check all schedules that apply: |
| 2.1 | **Driton Ramushi** | same as debtor | | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Driton Ramushi** | same as debtor | CAMBRIDGE MUTUAL FIRE INS. CO. | ☐ D ____<br>■ E/F  3.1<br>☐ G ____ |
| 2.3 | **Lisa Mijatovic** | same as debtor | CAMBRIDGE MUTUAL FIRE INS. CO. | ☐ D ____<br>■ E/F  3.1<br>☐ G ____ |
| 2.4 | **Michael Mento** | same as debtor | CAMBRIDGE MUTUAL FIRE INS. CO. | ☐ D ____<br>■ E/F  3.1<br>☐ G ____ |