UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 22-00410 |
| Bell and Arthur Condominium Association, ) | | |
| Inc., ) | Chapter: | 11 |
| ) | Honorable Carol A. Doyle | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**Order Granting Application to Retain Justin Storer and the
Law Office of William J. Factor, Ltd.**

This matter having been presented to the Court pursuant to the Debtor's Application to Retain Justin Storer and The Law Office of William J. Factor, Ltd. (the "Application");

IT IS HEREBY ORDERED the Application is granted as follows:

1. The Debtor is authorized to employ Justin Storer and The Law Office of William J. Factor, Ltd., pursuant to 11 U.S.C. § 327(a), effective as of January 13, 2022, as its counsel, on an hourly basis with compensation of fees and reimbursement of expenses to be paid upon proper application to the Court.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: February 24, 2022

**Prepared by:**

Justin Storer (6293889)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 373-7226
Fax: (847) 574-8233
Email: jstorer@wfactorlaw.com