| CASE NAME | Bell and Arthur Condominium Association | CASE NUMBER | 22-00410 | CONFIRMATION HEARING DATE | 6/16/22 |

# SECTION 1126 BALLOT REPORT

| DESCRIPTION OF CLASS AND CLAIM | # BALLOTS CAST | # ACCEPTING | #REJECTING | $ACCEPTING | $ REJECTING | CLASS ACCEPTS | CLASS REJECTS |
|---|---|---|---|---|---|---|---|
| **CLASS 1** DESCRIPTION: Barrington/Wintrust  ☒ UNIMPAIRED ☐ IMPAIRED | 1 | 1 | | | | | |
| **CLASS 2** DESCRIPTION: Chicago/Secuired  ☒ UNIMPAIRED ☐ IMPAIRED | 0 | | | | | | |
| **CLASS 3** DESCRIPTION: General unsecured  ☐ UNIMPAIRED ☒ IMPAIRED | 1 | 1 | | | | | |
| **CLASS n/a** DESCRIPTION:  ☐ UNIMPAIRED ☐ IMPAIRED | | | | | | | |

Seeing confirmation pursuant to 11 U.S.C. 1191(b) as the plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the plan.

| PLAN ACCEPTED | YES ☒ | NO ☐ |

Please note the following provisions of section 1126 of the Bankruptcy Code:

(c) A class of claims has accepted a plan if such plan has been accepted by creditors other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class help by creditors, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

(d) A class of interests has accepted a plan if such plan has been accepted by holders of such interest, other than any entity designated under subsection (e) of this section, that hold at least   two-thirds in amount of the allowed interests of such class held by holders of such interests, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

Bell and Arthur Condominum Association, Inc.
**NAME OF PLAN PROPONENT**

/s/ Justin R. Storer
**BY: ATTORNEY OF PLAN PROPONENT**

Page ___1___ of ___1___