UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  Case Number: 22-00410
Bell and Arthur Condominium Association, )
Inc. )
) Chapter: 11
)
)  Honorable Carol A. Doyle
)
)
Debtor(s) )

**NON-CONSENSUAL ORDER CONFIRMING ORIGINAL PLAN OF REORGANIZATION**

This matter coming to be heard at the confirmation hearing on the original plan of reorganization filed by Bell and Arthur Condominium Association, Inc., this court orders:

1. The plan of reorganization, dated April 13, 2022, filed by Bell and Arthur Condominium Association, Inc., is confirmed non-consensually, pursuant to 11 U.S.C. 1191(b).

2. A post-confirmation status conference on the confirmed plan is set for September 15, 2022, at 10:30 a.m.

Enter:

United States Bankruptcy Judge

Dated: July 1, 2022

**Prepared by:**

Justin Storer
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602